IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISON
No. 5:17-CV-459-BO

PASCUAL LUCIANO TOMAS GASPAR,    )
    )
    Plaintiff,    )
    )
v.    )    O R D E R
    )
JAMES MCCAMENT, *Acting Director, U.S.*    )
*Citizenship and Immigration Services*, ELAINE    )
DUKE, *Acting Secretary, U.S. Department of*    )
*Homeland Security*, and ROBERT M. COWAN,    )
*Director, U.S. Citizenship and Immigration*    )
*Services, Missouri Service Center*,    )
    )
    Defendants.    )

This cause comes before the Court on defendant's motion to dismiss for insufficient service of process. [DE 11]. Plaintiff, with the consent of defendant, was granted 30 days to effect proper service. [DE 14]. Plaintiff has since done so. For this reason, defendant's motion to dismiss for insufficient service of process is DENIED AS MOOT.

SO ORDERED, this the _26_ day of June, 2018.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE